IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIENNA PLANTATION RESIDENTIAL, ASSOCIATION, INC., <br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br> *Defendant.* | § § § § § § § § § § | Case No. 4:22-cv-02165 |

## DEFENDANT'S NOTICE TO THE COURT

The Plaintiff, Sienna Plantation, has failed to properly serve the Defendants. Plaintiff served the Department of Housing and Urban Development but has yet to execute summons and serve the U.S. Attorney's Office or the Attorney General. A review of PACER indicates that summons have not been issued in this case. Accordingly, Plaintiff has failed to properly serve the United States, pursuant to Federal Rule of Civil Procedure 4(i).

Defendant sent a letter to the Plaintiff explaining how to properly serve the Defendant. Per Fed. R. Civ. P. 12(a)(2), Defendant is waiting for the Plaintiff to serve all parties and has sixty (60) days to answer after the Plaintiff serves the United States Attorney.

Respectfully Submitted,

JENNIFER B. LOWERY
United States Attorney
Southern District of Texas

By: /s/ *Ariel N. Wiley*
    Ariel N. Wiley
    Assistant United States Attorney
    Texas Bar No. 24093366
    Federal ID No. 2554283
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9000
    Facsimile: (713) 718-3303
    Email: ariel.wiley@usdoj.gov

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2022 the foregoing filing was mailed to all parties and counsel registered with the Court CM/ECF system.

/s/ *Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney